IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SOFTVAULT SYSTEMS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | Civil Action No. 2-06CV-16-LED |
| MICROSOFT CORPORATION | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

BEFORE THE COURT is the Stipulation of Dismissal With Prejudice by and among Plaintiff SoftVault Systems, Inc. and Defendant Microsoft Corporation.

After consideration, the Court finds that the Stipulation should be GRANTED.